## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHARLES H. SIMMONS,**
**ADC #135731**                                                                                    **PLAINTIFF**

**V.**                                        **CASE NO. 3:20-CV-138-DPM-BD**

**RICKY DAVIS,** *et al.*                                                               **DEFENDANTS**

### ORDER

Charles H. Simmons, an Arkansas Division of Correction inmate, filed this civil rights lawsuit without the help of a lawyer. (Doc. No. 2) For screening purposes, Mr. Simmons has stated excessive-force claims against Defendants Davis, Haverstick, and Westerfield; failure-to-protect claims against Defendants Sweeney and Dauck; and a deliberate-indifference claim against Defendant Davis.

The Clerk of Court is directed to prepare summonses for the Defendants. The Marshal is directed to serve each Defendant with a summons and a copy of the complaint, with any attachments (Doc. No. 2), without requiring prepayment of fees and costs or security. Service for the Defendants should be attempted through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED, this 20th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE