# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHARLES H. SIMMONS,**
**ADC #135731**                                                                                           **PLAINTIFF**

V.                        CASE NO. 3:20-CV-138-DPM-BD

**RICKY DAVIS,** *et al*.                                                                                 **DEFENDANTS**

### ORDER

The Court previously ordered service of process for Defendants Davis, Haverstick, Westerfield, Sweeney, Dauck, and Davis. (Doc. No. 4) Mr. Simmons has now filed an amended complaint identifying Gary Musselwhite and Major Young as additional Defendants. Mr. Simmons has stated claims against Defendants Musselwhite and Young in his amended complaint; and service for these Defendants is in order.

The Clerk of Court is directed to prepare summonses for Defendants Musselwhite and Young. The Marshal is directed to serve each Defendant with a summons and a copy of the complaint and the amended complaint, with any attachments (Doc. Nos. 2, 5), without requiring prepayment of fees and costs or security. Service for Defendants Musselwhite and Young should be attempted through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED, this 8th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE