IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES H. SIMMONS
ADC #135731                                                                                         PLAINTIFF

v.                          No. 3:20-cv-138-DPM-BD

RICKY DAVIS, Lieutenant, Grimes
Unit; JEREMY HAVERSTICK, Corporal,
Grimes Unit; DAKOTA WESTERFIELD,
Sergeant, Grimes Unit; DANIEL T. SWEENEY,
Corporal, Grimes Unit; J. DAUCK, Sergeant;
GARY MUSSELWHITE, Lead Investigator;
and YOUNG, Major                                                                                    DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, Doc. 25, and overrules Simmons's objections, Doc. 26. FED. R. CIV. P. 72(b)(3). Simmons's amended complaint doesn't include facts showing that Musselwhite's and Young's alleged corrective inaction amounted to deliberate indifference. *Langford v. Norris*, 614 F.3d 445, 460 (8th Cir. 2010). The motion to dismiss, Doc. 20, is therefore granted. Simmons's claims against Musselwhite and Young are dismissed without prejudice for failure to state a claim.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2020