IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES H. SIMMONS
ADC #135731                                                    PLAINTIFF

v.                          No. 3:20-cv-138-DPM

RICKY DAVIS, Lieutenant, Grimes
Unit; JEREMY HAVERSTICK,
Corporal, Grimes Unit; DAKOTA
WESTERFIELD, Sergeant, Grimes Unit;
DANIEL T. SWEENEY, Corporal, Grimes
Unit; and J. DAUCK, Sergeant                                   DEFENDANTS

ORDER

1. On *de novo* review, the Court adopts Magistrate Judge Deere's 8 October 2020 partial recommendation, *Doc. 42*, and overrules Simmons's objections, *Doc. 50*. FED. R. CIV. P. 72(b)(3). Even if Simmons's unit level grievance was incorrectly rejected, the ADC grievance policy required him to exhaust his right to appeal that rejection before filing this lawsuit. Motion for summary judgment, *Doc. 32*, partly granted and partly denied. Simmons's excessive force claims against Haverstick, Westerfield, and Davis, and his failure to protect claim against Sweeney and Dauck, will be dismissed without prejudice for failure to exhaust.

2. The Court adopts Magistrate Judge Deere's unopposed 5 November 2020 recommendation, *Doc. 51*. FED. R. CIV. P. 72(b) (1983

addition to advisory committee notes). Supplemental motion for summary judgment, *Doc. 45*, granted. Simmons's deliberate indifference claim against Davis will be dismissed without prejudice for failure to exhaust.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 December 2020