# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHARLES H. SIMMONS**
**ADC #135731**                                                                  **PLAINTIFF**

v.                               No. 3:20-cv-138-DPM

**RICKY DAVIS, Lieutenant, Grimes Unit; JEREMY HAVERSTICK, Corporal, Grimes Unit; DAKOTA WESTERFIELD, Sergeant, Grimes Unit; DANIEL T. SWEENEY, Corporal, Grimes Unit; J. DAUCK, Sergeant; GARY MUSSELWHITE, Lead Investigator; and YOUNG, Major**                      **DEFENDANTS**

## JUDGMENT

Simmons's complaint and amended complaint are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 December 2020